47 F.3d 1160
 Carroll (Mark T.)
v.
Borough of State College, Williams (Elwood G., Jr.), as
Chief of Police, State College Bureau of Police Services,
Dorman (B. C.), Officer, as Corporal and Officer of State
College Bureau of Police Services, Dann (T. E.), Officer,
Ososkie (R. F.), Officer, Doe (John), Officer, Roe (Richard), Officer
 NO. 94-7432
 United States Court of Appeals,
Third Circuit.
 Jan 30, 1995
 
 Appeal From: M.D.Pa., No. 92-CV-01000,
 McClure, J.,
 
 854 F.Supp. 1184
 
 1
 AFFIRMED.